## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| G&P PARLAMAS, INC., | Civil Action No.: _____ |
| Plaintiff, | Removed from: |
| v. | Superior Court of New Jersey<br>Law Division - Monmouth County |
| THE TRAVELERS INDEMNITY<br>COMPANY OF AMERICA, | Docket No.: MON-L-1550-17 |
| Defendant. | |

### NOTICE OF REMOVAL

TO:   **Clerk of the Court**
      United States District Court
      District of New Jersey
      Clarkson S. Fisher Building
      & U.S. Courthouse
      402 East State Street
      Room 2020
      Trenton, NJ 08608

      **Frederick C. Biehl, III, Esq.**
      SORIANO, HENKEL, BIEHL & MATTHEWS
      75 Eisenhower Parkway
      Roseland, New Jersey 07068-1693
      (973) 364-0111
      *Attorney for Plaintiff*

**PLEASE TAKE NOTICE THAT** pursuant to 28 U.S.C. §§ 1332, 1441 and 1446,

Defendant, The Travelers Indemnity Company of America ("Travelers"), by its undersigned

attorneys, Finazzo Cossolini O'Leary Meola & Hager, LLC, hereby removes the above-captioned

civil action, and all claims and causes of action therein, from the Superior Court of New Jersey,

Law Division, Monmouth County, 71 Monument Park, Freehold, NJ 07728, to the United States

District Court for the District of New Jersey.  The grounds for removal are as follows:

1.      Plaintiff commenced an action seeking damages from Travelers in the Superior Court of New Jersey, Law Division, Monmouth County, 71 Monument Park, Freehold, New Jersey 07728, by filing a Complaint on or about April 24, 2017.  A true and complete filed copy of the Complaint and attached Exhibits is attached hereto as Exhibit "A".

2.      On May 19, 2017, Corporation Service Company, Travelers' agent for service of process, was served with a copy of the Summons and Complaint.  This was the first time proper service was achieved. A true and complete copy of the Summons and Complaint and attached Exhibits, along with the Notice of Service of Process, is attached hereto as Exhibit "B".

3.      Accordingly, this Notice of Removal is timely pursuant to 28 U.S.C. § 1446 because it is filed within 30 days after receipt by Travelers' agent, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which the action or proceeding is based.

4.      This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by Travelers pursuant to the provisions of 28 U.S.C. § 1441, in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

5.      According to the Complaint, Plaintiff, G&P Parlamas, Inc. is located at 1928 Heck Avenue, Neptune, New Jersey.  Additionally, upon information and belief, Plaintiff is incorporated in the State of New Jersey under the name Parlamas Construction, L.L.C.  A copy of the results of Travelers' search of Plaintiff's Business Name on the New Jersey Division of Revenue and Enterprise Services website is attached hereto as Exhibit C.  Accordingly, Plaintiff is a citizen of New Jersey.

2

6.      Defendant Travelers is a corporation with its principal place of business in Connecticut and is incorporated in the State of Connecticut. Travelers is therefore a citizen of Connecticut.

7.      Accordingly, there is complete diversity of citizenship between the parties, thereby satisfying the diversity of citizenship requirement of 28 U.S.C. § 1332.

8.      In Paragraph 12 of Plaintiff's Complaint, Plaintiff alleges that "damage to the Property exceeds One Hundred Thousand Dollars ($100,000.00)."   Accordingly, Plaintiff's damage claim in this action exceeds the sum of $75,000, exclusive of interest and costs, thereby satisfying the amount in controversy requirement of 28 U.S.C. § 1332.

9.      Travelers will promptly serve a copy of this Notice of Removal on counsel for Plaintiff, and will file a copy of this Notice of Removal with the Clerk of the Superior Court of New Jersey, Monmouth County, pursuant to 28 U.S.C. § 1446(d).

**WHEREFORE**, Travelers, under 28 U.S.C. §§ 1332, 1441 and 1446, removes this action in its entirety from the Superior Court of New Jersey, Monmouth County, to the United States District Court for the District of New Jersey.

Dated:  June 16, 2017

**FINAZZO COSSOLINI O'LEARY
MEOLA & HAGER, LLC**

By:  /s/ *Rachel R. Hager*
RACHEL R. HAGER, ESQ. (RH0249)
67 East Park Place, Suite 901
Morristown, New Jersey 07960
Tel: (973) 343-4960
Fax: (973) 343-4970
Rachel.Hager@finazzolaw.com
*Attorneys for Defendant*
*The Travelers Indemnity Company of America*

<u>**CERTIFICATION PURSUANT TO L. CIV. R. 11.2**</u>

I certify that the subject matter now before this Court is not part of any other action pending

in any Court or of any pending arbitration or administrative proceeding.


Dated:  June 16, 2017                    **FINAZZO COSSOLINI O'LEARY**
                                         **MEOLA & HAGER, LLC**

                                         By:   <u>/s/ *Rachel R. Hager*</u>
                                         RACHEL R. HAGER, ESQ.
                                         67 East Park Place, Suite 901
                                         Morristown, New Jersey 07960
                                         Tel: (973) 343-4960
                                         Fax: (973) 343-4970
                                         Rachel.Hager@finazzolaw.com
                                         *Attorneys for Defendant*
                                         *The Travelers Indemnity Company of*
                                         *America*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 16th day of June, 2017, I forwarded one copy of Defendant The Travelers Indemnity Company of America's Notice of Removal, and attached exhibits, Fed. R. Civ. P. 7.1 Disclosure Statement and Certificate of Service, via Email and Regular Mail to the following counsel of record:

**Frederick C. Biehl, III, Esq.**
Soriano, Henkel, Biehl & Matthews
75 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 364-0111
*Attorney for Plaintiff*


_____/s/ Rachel R. Hager_____
RACHEL R. HAGER