UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| G&P PARLAMAS, INC.,<br><br>       Plaintiff,<br>v.<br><br>THE TRAVELERS INDEMNITY<br>COMPANY OF AMERICA<br><br>       Defendant. | Civil Action No.: 3:17-cv-04412-FLW-TJB<br><br>**STIPULATION OF DISCONTINUANCE** |

The claims asserted by and between Plaintiff G&P Parlamas, Inc. and Defendant The Travelers Indemnity Company of America in the action entitled *G&P Parlamas, Inc. vs. The Travelers Indemnity Company of America*, bearing Civil Action No. 3:17-cv-04412-FLW-TJB, having been amicably resolved by and between the parties;

**IT IS HEREBY STIPULATED AND AGREED** that all claims asserted by and between Plaintiff and Defendant are hereby dismissed with prejudice and without costs against any party.

Dated: February 7, 2018

_____
Frederick C. Biehl, III, Esq.
**SORIANO, HENKEL, BIEHL**
**& MATTHEWS, P.C.**
75 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 364-0111
*Attorneys for Plaintiffs G&P Parlamas, Inc.*

Dated: February 14, 2018

_____
Rachel R. Hager, Esq.
**FINAZZO COSSOLINI O'LEARY**
**MEOLA & HAGER, LLC**
67 East Park Place, Suite 901
Morristown, NJ 07960
(973) 343-4960
*Attorneys for Defendant The Travelers Indemnity Company of America*